IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PARVIZ DAMAGHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3357 |
| | § | |
| ACT FAST DELIVERY, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff's unopposed motion for continuance, (Docket Entry No. 28), is granted. Discovery on the issues of independent contractor status and the plaintiff's status must be completed by **October 7, 2013**. The defendants' motion for partial summary judgment must be filed by **October 28, 2013**. Oral argument on that motion is set for **November 12, 2013**, at 5:00 p.m.

SIGNED on July 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge